GEORGE M. CHAPMAN, Respondent, *v.* JOHN G. L. BOETTCHER, Impleaded, etc., Appellant.

(Argued December 12, 1882 ; decided December 28, 1882.)

*Joseph A. Burr* for appellant.

*Hugo Hirsh* for respondent.

Agree to dismiss appeal. No opinion.
All concur, except TRACY, J., absent.
Appeal dismissed.

---

In the Matter of the RECEIVERSHIP OF THE SYRACUSE, CHE-NANGO AND NEW YORK RAILROAD COMPANY.

(Argued December 12, 1882 ; decided December 28, 1882.)

*William C. Ruger* for appellant.

*E. W. Paige* for respondent.

Agree to dismiss appeal. No opinion.
All concur, except TRACY, J., absent.
Appeal dismissed.